**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JOHN HEILMAN )<br>  )<br>  Plaintiff, )<br>  )<br> vs. )<br>  )<br> WARDEN M. KNOWLES, et al., )<br>  )<br>  Defendants. )<br> _____) | Case No. 2:08-cv-1593-KJD-PAL<br><br>**<u>ORDER</u>** |

   Currently before the Court is Plaintiff Thomas John Heilman's Motion to Amend the Complaint (#8). Also before the Court is Plaintiff's Motion for Voluntary Dismissal (#9). Pursuant to Fed. R. Civ. P. 41(a)(1) a Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. To date, no answer or motion for summary judgment has been filed in this case. Accordingly, the Court recognizes Plaintiff's *pro se* document (#9) as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(1) and orders the Clerk of the Court to dismiss Plaintiff's Complaint without prejudice. Accordingly, Plaintiff's Motion to Amend the Complaint (#8) is denied as moot.

   **IT IS SO ORDERED**.


   DATED this 19th day of March 2010.


_____
Kent J. Dawson
United States District Judge